ORIGINAL

FILED
DISTRICT OF WYOMING
CHEYENNE

2001 SEP -6 PM 3:43

CLERK
U.S. DISTRICT COURT

Thomas G. Gorman, Esq.
Misha E. Westby, Esq.
HIRST & APPLEGATE
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003
307-632-0541

Charles Preuss, Esq.
Vern Zvoleff, Esq.
PREUSS, SHANAGHER,
 ZVOLEFF & ZIMMER
225 Bush Street
San Francisco, California 94104
OF COUNSEL

Robert E. Glanville, Esq.
Tamar P. Halpern, Esq.
Cindy Kaplan Bennes, Esq.
PHILLIPS, LYTLE, HITCHCOCK,
 BLAINE & HUBER LLP
3400 HSBC Center
Buffalo, New York 14203
OF COUNSEL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

THE ESTATES OF DEBORAH MARIE     )
TOBIN, and ALYSSA ANN TOBIN, Deceased )
by TIMOTHY JOHN TOBIN, Personal  )
Representative; and THE ESTATES OF )
DONALD JACK SCHELL, and RITA     )
CHARLOTTE SCHELL, Deceased, by NEVA )
KAY HARDY, Personal Representative, )
                                 )
                      Plaintiffs, )
                                 )
v.                               )  Civil No. 00-CV-0025-BE
                                 )

HIRST & APPLEGATE
A Professional Corporation
Law Offices
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

Appeal Receipt # 295761
Full Payment     X
Partial Payment ___
CJA - No Payment Required ___

-1-

218

| | |
|---|---|
| SMITHKLINE BEECHAM PHARMACEUTICALS, | )<br>)<br>) |
| Defendant. | )<br>) |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that SmithKline Beecham Corporation, d/b/a GlaxoSmithKline and incorrectly referred to in the above caption as "SmithKline Beecham Pharmaceuticals" (hereinafter referred to as "Defendant" or "GSK"), defendant in the above-styled action, by and through its undersigned counsel and pursuant to 28 U.S.C. § 1291 and Rule 3 of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the following Judgment and Orders of the District Court:

(1) Order dated August 9, 2001, denying GSK's Motion for Judgment as a Matter of Law or for a New Trial;

(2) Judgment entered June 7, 2001, on the jury verdict in favor of Plaintiffs and awarding Plaintiffs $6.4 million in damages, including rulings on evidentiary matters and jury instructions made prior to entry of this judgment;

(3) Order dated May 8, 2001, denying GSK's Motion to Exclude or Limit the Testimony of Plaintiff's Experts; and

(4) Order dated April 12, 2001, denying GSK's Motion for Summary Judgment Based Upon the Learned Intermediary Doctrine.

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

-2-

Respectfully submitted, this 6th day of September, 2001.

SMITHKLINE BEECHAM CORPORATION,
Defendant

BY: *[signature]*
THOMAS G. GORMAN, #5-1573
MISHA E. WESTBY, #6-2826
OF HIRST & APPLEGATE
Attorneys for Defendant
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

CHARLES F. PREUSS
VERNON I. ZVOLEFF
PREUSS SHANAGHER ZVOLEFF &
ZIMMER, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 397-1730
Fax: 415-397-1735

ROBERT E. GLANVILLE, ESQ.
TAMAR P. HALPERN, ESQ.
PHILLIPS, LYTLE, HITCHCOCK,
BLAINE & HUBER LLP
   3400 HSBC Center
Buffalo, New York 14203

OF COUNSEL

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

-3-

## CERTIFICATE OF SERVICE

I certify the foregoing ***Defendant's Notice of Appeal*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 6 September 2001, and that copies were served as follows:

| | |
|---|---|
| James E. Fitzgerald<br>The Fitzgerald Law Firm<br>2108 Warren Avenue<br>Cheyenne, WY 82001 | [✓] U.S. MAIL<br>[ ] FED EX<br>[ ] FAX<br>[ ] HAND DELIVERED |
| Andy Vickery<br>Vickery & Waldner, LLP<br>2929 Allen Parkway, Suite 2410<br>Houston, TX 77019 | [✓] U.S. MAIL<br>[ ] FED EX<br>[ ] FAX<br>[ ] HAND DELIVERED |

*[signature]*
OF HIRST & APPLEGATE, P.C.
Attorneys for Defendant

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

-4-