FILED
DISTRICT OF WYOMING
CHEYENNE

2002 JAN 22  AM 11:34

CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE ESTATES OF DEBORAH MARIE TOBIN, and ALYSSA ANN TOBIN, Deceased by TIMOTHY JOHN TOBIN, Personal Representative; and THE ESTATES OF DONALD JACK SCHELL, and RITA CHARLOTTE SCHELL, Deceased, by NEVA KAY HARDY, Personal Representative, <br><br> Plaintiffs, <br><br> vs. <br><br> SMITHKLINE BEECHAM PHARMACEUTICALS, <br><br> Defendant. | Civil No. 00-CV-025BE |

### *ORDER VACATING JUDGMENT*

Plaintiffs and Defendant, having moved jointly pursuant to Rule 60(b)(5), Federal Rules of Civil Procedure, and/or any other applicable rule or law, to vacate the judgment herein dated June 6, 2001, extraordinary circumstances having been described to justify the vacation of said judgment, and good cause otherwise appearing herefor,

227

IT IS HEREBY ORDERED that the judgment herein dated June 6, 2001, be and hereby is vacated for all purposes.

Dated: 22nd January 2002.

WILLIAM C. BEAMAN,
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

BY: 
JAMES E. FITZGERALD
Attorney for Plaintiffs

BY: 
THOMAS G. GORMAN
Attorney for Defendant

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| TIMOTHY JOHN TOBIN, Personal Representative of the Estates of Alyssa Ann Tobin and Deborah Marie Tobin, deceased; NEVA KAY HARDY, Personal Representative of the Estates of Donald Jack Schell and Rita Charlotte Schell, Deceased, | MJL JAN 1 6 2002 |
| Plaintiffs - Appellees, | |
| v. | No. 01-8073 (D.C. No. 00-CIV-25-B) |
| SMITHKLINE BEECHAM PHARMACEUTICALS, | |
| Defendant - Appellant, | |
| ——————————— | |
| PRODUCT LIABILITY ADVISORY COUNCIL, INC., | |
| Amicus Curiae. | |

---

### AMENDED ORDER

Filed January 16, 2002

---

In order to correct a clerical error, the order of January 15, 2002 is reissued *nunc pro tunc* as follows,

In accordance with Rule 33.1, Rules of the Tenth Circuit, and upon consideration of the joint motion of the parties to voluntarily dismiss this appeal,

IT IS ORDERED that the above appeal be and it hereby is dismissed pursuant to Rule 42(b), Federal Rules of Appellate Procedure. Each party shall bear its own costs. A certified copy of this order shall stand as and for the mandate of the court.

In the event that the district court does not implement the settlement reached by the parties, the court will reinstate this appeal upon motion made by the appellant within 30 days of the order of the district court denying implementation of the settlement.

        Entered for the Court

        PATRICK FISHER, Clerk

    by: *[signature]*
        Deputy Clerk

2